174 So. 318

## WUNDERLICH v. SOUTHERN CONST. CO.

### 6 Div. 135.

Supreme Court of Alabama.

May 13, 1937.

Taylor & Higgins and Chas. E. Hawkins, Jr., all of Birmingham, opposed.

Rosenthal & Rosenthal, Walter S. Smith, and Walter S. Smith, Jr., all of Birmingham, for the motion.

KNIGHT, Justice.

This cause comes before us on petition of Martin Wunderlich for writ of certiorari to the Court of Appeals, to review and revise the opinion and judgment of that court in the case of Martin Wunderlich v. Southern Construction Company, Inc., 27 Ala.App. 458, 174 So. 317.

We have uniformly held that we would not review the evidence, as contained in the record, to determine for ourselves what the facts of the case really were, but would accept and act upon the finding of the facts as made by the Court of Appeals.

The Court of Appeals has properly applied the law of the case to the facts as found by them, and we must, therefore, deny the writ prayed for.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

174 So. 320

## Will ADAMS v. STATE.

### 7 Div. 447.

Supreme Court of Alabama.

May 13, 1937.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

C. A. Wolfes, of Fort Payne, opposed.

KNIGHT, Justice.

Petition of the State of Alabama, for certiorari to Court of Appeals to review and revise the judgment and decision of that court in the case of Will Adams v. State, 27 Ala.App. 404, 174 So. 319.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.